IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:25-CV-386 |
| Plaintiff, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) |
| | ) |
| 4,340,000 TETHER ("USDT") CRYPTOCURRENCY, VALUED AT APPROXIMATELY $4,340,000, FORMERLY ASSOCIATED WITH CRYPTOCURRENCY ADDRESS BEGINNING/ENDING 0xa17 . . . 44f0021, | ) ) ) ) ) ) ) |
| 3,290,000 TETHER ("USDT") CRYPTOCURRENCY, VALUED AT APPROXIMATELY $3,290,000, FORMERLY ASSOCIATED WITH CRYPTOCURRENCY ADDRESS BEGINNING/ENDING 0x4e5 . . . d47abb5, and | ) ) ) ) ) ) ) |
| 577,578 TETHER ("USDT") CRYPTOCURRENCY, VALUED AT APPROXIMATELY $577,578, FORMERLY ASSOCIATED WITH CRYPTOCURRENCY ADDRESS BEGINNING/ENDING 0xafd . . . b2378a5, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**RETURN OF SERVICE** - Re: Owner(s) of Cryptocurrency Address
beginning/ending 0xafd . . . b2378a5

On February 27, 2025, the United States filed a Complaint in Forfeiture (R. 1) in the

above-captioned case against the defendant properties.

The identity of the owner(s) of the cryptocurrency address beginning/ending 0xafd . . .

b2378a5 is unknown. Particularly, as set forth in the Complaint in Forfeiture (R. 1), "[t]he only

available information to law enforcement is the cryptocurrency [address itself].  Notice of this action will be messaged via the Ethereum blockchain to the [address] with a link to a copy of [the] Complaint in Forfeiture."

Rule G(4)(b)(iii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions requires that notice of the action and a copy of the Complaint in Forfeiture "be sent by means reasonably calculated to reach the potential claimant."  On March 3, 2025, FBI Special Agent Milan R. Kosanovich sent the wordage of the Notice of Forfeiture (R. 1-7) - with a link to a copy of the Complaint in Forfeiture - by message on the Ethereum blockchain to the cryptocurrency address beginning/ending 0xafd . . . b2378a5.  The transmission of the message was successful in that SA Kosanovich received confirmation that the transaction was broadcast and confirmed to the Ethereum blockchain at 2:13 p.m. Eastern Time on March 3, 2025.

                Respectfully submitted,

                Carol M. Skutnik
                Acting United States Attorney, N.D. Ohio

By:  /s/ James L. Morford      .
    James L. Morford (Ohio: 0005657)
    Assistant United States Attorney, N.D. Ohio
    Carl B. Stokes U.S. Court House
    801 West Superior Avenue, Suite 400
    Cleveland, Ohio 44113
    216.622.3743 / James.Morford@usdoj.gov